UNITED STATES  DISTRICT COURT

Northern District of California

THIRD DEGREE FILMS, INC.,

No. C 12-03858 MEJ

                Plaintiff(s),

**ORDER RE: STATUS**

   v.

DOES 1-178,

                Defendant(s).

_____/

This matter is currently scheduled for a Case Management Conference on October 25, 2012. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the conference and ORDERS Plaintiff Third Degree Films, Inc. to file a status report by October 25.

**IT IS SO ORDERED.**

Dated: October 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California