ANNE-LEITH MATLOCK (SBN 244351)
K. BRIAN MATLOCK (SBN 243812)
MATLOCK LAW GROUP, P.C.
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Telephone: (925) 944-7131
Facsimile: (925) 944-7138

*Attorneys for Plaintiff,*
THIRD DEGREE FILMS, INC.

MICHAEL H. RUBIN, State Bar No. 214636
ANTHONY J WEIBELL, State Bar No. 238850
EVAN M. STERN, State Bar No. 264851
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
E-mail: mrubin@wsgr.com; aweibell@wsgr.com; estern@wsgr.com

*Attorneys for Defendant*,
Doe 106

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | Case No. 3:12-cv-03858-MEJ |
| *Plaintiff*, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DOE 106 TO FILE A MOTION TO QUASH OR OTHERWISE RESPOND TO THE SUBPOENA TO NONPARTY COMCAST** |
| v. | |
| DOES 1-178, | |
| *Defendants*. | |

1    WHEREAS, this Court entered an order (ECF No. 8) permitting Plaintiff to conduct early discovery and serve subpoenas on nonparty internet service providers to obtain the identities and contact information of the defendants Does 1-178;

WHEREAS, Doe 106 was unable to obtain counsel to represent her in this action until today and has requested additional time to file a motion to quash or otherwise respond to the subpoena served on Comcast Corporation seeking disclosure of her personal information;

NOW THEREFORE, the parties, through their counsel, hereby stipulate as follows:

1. Doe 106 shall have until November 8, 2013 to move to quash or otherwise respond to the subpoena to Comcast Corporation.

2. Comcast Corporation shall not disclose the information belonging to Doe 106 until further order of the Court or until November 9, 2013 if no response to the subpoena has been filed by Doe 106 before that time.

3. If the information belonging to Doe 106 is inadvertently disclosed to Plaintiff or to Plaintiff's counsel by Comcast Corporation, that information may not be used in this action for any purpose unless and until it is disclosed in a manner that does not violate this stipulation and order.

Dated:  October 25, 2012

| MATLOCK LAW GROUP, P.C. | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
|---|---|
| By:  /s/ K. Brian Matlock<br>      K. Brian Matlock | By: /s/ Anthony Weibell<br>     Anthony Weibell |
| *Attorneys for Plaintiff*<br>Third Degree Films, Inc. | *Attorneys for the Defendant*<br>Doe 106 |

**IT IS SO ORDERED.**

Dated:  October 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-03858-MEJ                 2

## DECLARATION OF CONSENT

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of the document was obtained from each of the other signatories.

Dated: October 25, 2012                    By:   /s/ Anthony J Weibell
                                                                Anthony Weibell