**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
TAD A. DEVLIN, ESQ. SBN 190355
ROBERT I. LOCKWOOD, ESQ. SBN 259870
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for DOE 129

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THIRD DEGREE FILMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-178, <br><br> Defendants. | Case No.: 3:12-CV-03858-MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME FOR DOE 129 TO FILE A MOTION TO QUASH OR OTHERWISE RESPOND TO THE SUBPOENA TO NON-PARTY COMCAST** |

WHEREAS, this Court entered an order (ECF No. 8) permitting Plaintiff to conduct early discovery and serve subpoenas on nonparty internet service providers to obtain the identities and contact information of the defendants Does 1-178;

WHEREAS, Doe 129 has requested additional time to file a motion to quash or otherwise respond to the subpoena served on Comcast Corporation seeking disclosure of her personal information;

NOW THEREFORE, the parties, through their counsel, hereby stipulate as follows:

1. Doe 129 shall have until November 9, 2012 to move to quash or otherwise respond to the subpoena to Comcast Corporation.

STIPULATION AND [PROPOSED] ORDER
Case No. 3:12-CV-03858 MEJ                                                                 1

2. Comcast Corporation shall not disclose the information belonging to Doe 129 until further order of the Court or until at least November 10, 2012 if no response to the subpoena has been filed by Doe 129 before that time.

3. If the information belonging to Doe 129 is inadvertently disclosed to Plaintiff or to Plaintiff's counsel by Comcast Corporation, that information may not be used in this action for any purpose unless and until it is disclosed in a manner that does not violate this stipulation and order.

DATED: November 1, 2012

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

By /s/ Tad A. Devlin
Tad A. Devlin
Robert I. Lockwood
Attorneys for Doe 129

DATED: November 1, 2012

MATLOCK LAW GROUP, P.C.

By /s/ K. Brian Matlock
K. Brian Mattock
Attorneys for Plaintiff
Third Degree Films, Inc.

**IT IS SO ORDERED.**

DATED: November 6, 2012

Hon. Maria-Elena James
Chief United States Magistrate Judge

# DECLARATION OF CONSENT

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of the document was obtained from each of the other signatories.

DATED: November 1, 2012

                      /s/ Tad A. Devlin
                      Tad A. Devlin

4839-1774-1329, v. 1

STIPULATION AND [PROPOSED] ORDER
Case No. 3:12-CV-03858 MEJ

3