UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | No. C 12-3858 MEJ |
| Plaintiff, | **ORDER GRANTING DOE DEFENDANT 49'S MOTION TO QUASH** |
| v. | |
| DOES 1-178, inclusive | **Re: Dkt. No. 17** |
| Defendants. | |

Doe Defendant 49 has filed a motion to quash a subpoena issued by Plaintiff Third Degree Films, Inc. Dkt. No. 17. As Plaintiff has failed to file any opposition, the motion to quash is GRANTED.

**IT IS SO ORDERED.**

Dated: November 16, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge