UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | No. C-12-3858 EMC |
|     Plaintiff, | |
|     v. | **ORDER SEVERING AND DISMISSING CLAIMS AGAINST DOES 2-178** |
| DOES 1-178, | |
|     Defendants. | |

Previously, this Court issued an order instructing Plaintiff to show cause as to why this case should not be severed. *See* Docket No. 154 (order to show cause). Plaintiff failed to file a response to the order to show cause within the timeframe ordered. Accordingly, the Court hereby orders as follows.

    1.    Claims against Does 2-105 and Does 107-78 are hereby severed from this action.[1] This leaves as the sole defendant in this action Doe 1.

    2.    Claims against Does 2-105 and Does 107-78 are dismissed without prejudice. If Plaintiff refiles *separate* complaints against these Does within 20 days of the date of this order, each

///
///
///
///

---

[1] Plaintiff has already voluntarily dismissed with prejudice Doe 106. *See* Docket No. 49 (notice).

such action shall be deemed a continuation of the original action for purposes of the statute of limitations.

Plaintiff shall serve this order on all unrepresented Defendants and file a Certificate/Proof of Service with the Court.

IT IS SO ORDERED.

Dated: January 14, 2013

_____
EDWARD M. CHEN
United States District Judge