MATLOCK LAW GROUP, P.C.
Anne-Leith Matlock (SBN 244351)
K. Brian Matlock (SBN 243812)
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Telephone: (925) 944-7131
Facsimile:  (925) 944-7138

Attorneys for Plaintiff,
Third Degree Films, Inc.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD DEGREE FILMS, INC., | **CASE NO. : 3:12-cv-03858-EMC/MEJ** |
| Plaintiff, | **NOTICE OF DISMISSAL OF DOE 1 WITH PREJUDICE** |
| v | |
| DOES 1-178, inclusive, | |
| Defendants. | |

Please take notice that DOE 1 is hereby dismissed with prejudice from this action pursuant to Fed R. Civ. P. 41(a)(1).

Dated:  February 14, 2013          MATLOCK LAW GROUP, P.C.

                                   By:   /s/ Anne-Leith Matlock, Esq.
                                         ANNE-LEITH MATLOCK
                                         Attorneys for Plaintiff,
                                         Third Degree Films, Inc.

IT IS SO ORDERED.  The Clerk of the Court is directed to close the case.

[IT IS SO ORDERED MODIFIED — Judge Edward M. Chen]

_____
Edward M. Chen
U.S. District Judge